IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JEFFREY JENKINS, | * | |
| Petitioner, | * | |
| vs. | * | CASE NO. 4:17-CV-234-CDL |
| Warden, LARRY MITCHELL, | * | |
| Respondent, | * | |

## ORDER ON REPORT AND RECOMMENDATION

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 10, 2018, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner to the Report and Recommendation have been considered and are found to be without merit.

SO ORDERED this September 21, 2018.

                                              s/Clay D. Land
                                              CLAY D. LAND, CHIEF
                                              UNITED STATES DISTRICT JUDGE